

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-13-00213-CV

Mark A. **CANTU**,
Appellant

v.

**GUERRA & MOORE LLP**, Carlos Guerra, J. Michael Moore, and David Lumber,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

On June 25, 2014, this court issued its opinion and judgment in this appeal. On July 3, 2014, Appellees filed a timely, unopposed motion for extension of time to file a motion for rehearing or a motion for en banc reconsideration until July 24, 2014. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellees' motion for extension of time is GRANTED. Appellees' motions are due to be filed with this court on July 24, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court